No error.

LAURA MAE PURVIS AND WILLIE EARL PURVIS, MINOR, BY HIS NEXT FRIEND, LAURA MAE PURVIS, v. EARL WHITAKER AND WIFE, CARTHENIE WHITAKER; R. T. WHITAKER AND H. L. SWAIN, TRUSTEE, AND H. D. BATEMAN, TRUSTEE.

(Filed 23 September, 1953.)

**Appeal and Error § 40f—**

An appeal will not lie from the denial of a motion to strike made after demurrer has been filed and overruled. G.S. 1-153.

APPEAL by defendants, other than H. D. Bateman, Trustee, from *Parker, J.,* March Term, 1953, of MARTIN. Affirmed.

This was an action to set aside certain conveyances executed by defendants Earl Whitaker and wife and R. T. Whitaker, alleged to have been made in fraud of creditors. G.S. 39-15.

Demurrer of H. D. Bateman, Trustee, was sustained and action dismissed as to him. The remaining defendants moved to strike certain portions of the complaint. From judgment denying the motion the defendants other than Bateman, Trustee, appealed.

*Robt. H. Cowen, Elbert S. Peel, and Lemuel H. Davis for plaintiffs, appellees.*

*H. L. Swain and Leroy Scott for defendants, appellants.*

PER CURIAM. An examination of the complaint in connection with the portions thereof sought to be stricken leads to the conclusion that the ruling of the trial judge should be upheld. The allegations complained of were relevant and tended to set forth facts material to a proper statement of plaintiffs' cause of action. *Garrett v. Rose,* 236 N.C. 299, 72 S.E. 2d 843; *Ledford v. Transportation Co.,* 237 N.C. 317, 74 S.E. 2d 653. Furthermore, defendants' motion to strike was filed after their demurrer had been overruled. G.S. 1-153. *Parrish v. R. R.,* 221 N.C. 292, 20 S.E. 2d 299. Appellees' motion to dismiss the appeal on this ground is allowed.

Appeal dismissed.